# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| Robert Mayfield, R.U.M. Enterprises, Inc. | § § § | |
| | § | NO:   AU:22-CV-00792-RP |
| vs. | § § § § | |
| U.s. Department Of Labor, Martin Walsh | § | |

## SCHEDULING ORDER

Pursuant to Rule 16, Federal Rules of Civil Procedure, the following Scheduling Order is issued by the Court:

IT IS HEREBY ORDERED, based upon the foregoing stipulation, and good cause appearing, that Plaintiffs' and Defendants' respective motions for summary judgment shall be briefed according to the following schedule:

**October 28, 2022** Defendants shall file a certification of the contents of the administrative record.

**January 20, 2023** Plaintiffs shall file their motion for summary judgment.

**February 10, 2023** Defendants shall file their combined opposition and cross-motion for summary judgment.

**March 3, 2023** Plaintiffs shall file their combined reply and opposition.

**March 24, 2023** Defendants shall file their reply.

SIGNED this 30th day of November, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE