## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| ROBERT MAYFIELD; and<br>R.U.M. ENTERPRISES, INC.,<br><br>      Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF LABOR and<br>MARTIN WALSH, in his official capacity<br>as U.S. Secretary of Labor,<br><br>      Defendants. | Case No. 1:22-cv-00792-RP |

## UNOPPOSED MOTION TO WITHDRAWAL
## JOHN KERKHOFF AS COUNSEL

Pursuant Local Rule AT-3, John F. Kerkhoff moves to withdrawal from this case. In support of this motion, the Plaintiffs state:

1. Kerkhoff seeks to withdrawal from this case because he has accepted employment at another law firm.

2. Luke A. Wake and Erin Wilcox, of the Pacific Legal Foundation, are the successor attorneys on this case. Their office address is 555 Capitol Mall, Suite 1290, Sacramento, California 95814.

3. Wake and Wilcox have already made notices of appearance and will continue to represent Mr. Mayfield and R.U.M. Enterprises, Inc.

DATED: August 14, 2023.

Respectfully submitted,

LUKE A. WAKE*
ERIN WILCOX (Cal. Bar No. 337427)
**PACIFIC LEGAL FOUNDATION**
555 Capitol Mall, Suite 1290
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
Email: EWilcox@pacificlegal.org
Email: LWake@pacificlegal.org
*Admitted pro hac vice*

JOHN KERKHOFF*
**PACIFIC LEGAL FOUNDATION**
3100 Clarendon Boulevard, Suite 610,
Arlington, VA 22201
Telephone: (202) 888-6881
Facsimile: (916) 419-7747
Email: JKerkhoff@pacificlegal.org
*Admitted pro hac vice*

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Western District of Texas by using the appellate CM/ECF system.

_/s/ Luke A. Wake_
LUKE A. WAKE