IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ROBERT MAYFIELD et al., | § § § | |
| Plaintiff, | § § | |
| v. | § § § | |
| U.S. DEPARTMENT OF LABOR et al., | § § § | 1:22-CV-792-RP |
| Defendants. | § § | |

# FINAL JUDGMENT

On September 20, 2023, the Court entered an order granting Defendants' motion for summary judgment and denying Plaintiffs' motion for summary judgment. As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS FURTHER ORDERED** that each party bear its own costs.

**SIGNED** on September 27, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE