**FILED**
November 08, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____klw_____
DEPUTY

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
November 8, 2024
Lyle W. Cayce
Clerk

No. 23-50724

ROBERT MAYFIELD; R.U.M. ENTERPRISES, INCORPORATED,

*Plaintiffs—Appellants,*

*versus*

UNITED STATES DEPARTMENT OF LABOR; MARTIN WALSH, *Secretary, U.S. Department of Labor*,

*Defendants—Appellees.*

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:22-CV-792

_____

ORDER:

IT IS ORDERED that Appellees' unopposed motion for an extension of time, to and including December 6, 2024, to file their response to the petition for rehearing *en banc* is GRANTED.

    /s/ Jennifer W. Elrod
JENNIFER WALKER ELROD
*Chief Judge*

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 08, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-50724   Mayfield v. LABR
                     USDC No. 1:22-CV-792

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Christina A. Gardner, Deputy Clerk
504-310-7684

Ms. Courtney Dixon
Mr. Frank D. Garrison IV
Ms. Brianne Jenna Gorod
Ms. Alexandra Cobb Hains
Mr. Michael S. Raab
Brian C. Rosen-Shaud
Mr. Luke A. Wake
Mr. John Marc Wheat