**FILED**
January 30, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____klw_____
DEPUTY

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
January 30, 2025
Lyle W. Cayce
Clerk

No. 23-50724

―――――――――――

ROBERT MAYFIELD; R.U.M. ENTERPRISES, INCORPORATED,

*Plaintiffs—Appellants*,

versus

UNITED STATES DEPARTMENT OF LABOR; MARTIN WALSH, *Secretary, U.S. Department of Labor*,

*Defendants—Appellees*.

―――――――――――

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:22-CV-792

―――――――――――

ORDER:

The order withholding issuance of the mandate in this appeal is VACATED.


LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT